ORIGINAL FILED
08 JUN 11 PM 3:16
RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

McNulty Law Firm
827 Moraga Drive
Bel Air, California 90049
Telephone: (310) 471-2707
Facsimile: (310) 472-7014
Peter J. McNulty, SBN: 89660
Brett L. Rosenthal, SBN: 230154

Attorneys for Plaintiffs

E-filing

EMC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

KIM CHANNING on behalf of herself as an heir at law of ELGA IDA HINDIN and as Executor of the Estate and/or Successor in Interest of ELGA IDA HINDIN; JENNIFER LYNN RICHARDS; JEFFREY PAUL HINDIN and GERALDINE G. HINDIN

Plaintiffs;

v.

JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC

Defendants.

CV 08 2913 Civil Action No. ______

**NOTICE OF INTERESTED PARTIES**

The undersigned, Brett L. Rosenthal, Esq., counsel of record for Plaintiffs, KIM CHANNING on behalf of herself as an heir at law of ELGA IDA HINDIN and as Executor of the Estate and/or Successor in Interest of ELGA IDA HINDIN; JENNIFER LYN RICHARDS; JEFFREY PAUL HINDIN and GERALDINE G. HINDIN certifies that the following listed

parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Johnson & Johnson, Defendant;
2. Ortho-McNeil Pharmaceutical, Inc., Defendant;
3. Johnson & Johnson Pharmaceutical Research & Development, LLC, Defendant;
4. Kim Channing, individually, Plaintiff;
5. Kim Channing, as an heir, Plaintiff;
6. Kim Channing, as an Executor of the Estate and/or Successor in Interest of Elga Ida Hindin, Plaintiff;
7. Jennifer Lynn Richards, Plaintiff;
8. Jeffrey Paul Hindin, Plaintiff; and
9. Geraldine G. Hindin, Plaintiff.

DATED: June 11, 2008.

**McNULTY LAW FIRM**

By: ______________________

Peter J. McNulty, Esq.
Brett Rosenthal, Esq.
Attorneys for Plaintiff

W. Todd Harvey, Esq.
Camille L. Edwards, Esq.
BURKE HARVEY& FRANKOWSKI, LLC
2151 Highland Avenue, Suite 120
Birmingham, AL 35209
Telephone: (205) 930-9091
Facsimile: (205) 930-9054
Email: tharvey@bhflegal.com
cedwards@bhflegal.com

*Pro Hac Vice Applications to be filed*

William Bross
HENINGER GARRSION & DAVIS LLC
2224 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Email: wlbross@hgdlawfirm.com

*Pro Hac Vice Applications to be filed*