From: JANNEY & JANNEY COURT SERVICES    213 413 8024         06/12/2008 08:12    #400 P.002/005
Case 4:08-cv-02913-SBA   Document 9   Filed 08/20/2008   Page 1 of 3
06/11/2008 WED 16:15  FAX 415 357 0595  SPECIALIZED LEGAL SERV.              ☒004/007

From: 3104646985            Wed Jun 11 16:35:10 2008            Page 3 of 34

# E-filing

AO 440 (Rev. 03/08) Civil Summons

## UNITED STATES DISTRICT COURT
for the
Northern District of California

**EMC**

KIM CHANNING on behalf of herself as an heir at
Plaintiff
v.
Johnson & Johnson;
Defendant

Civil Action No. CV 08 2913

### Summons in a Civil Action

To: JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC
(Defendant's name)

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 11 2008

Richard W. Wieking
Name of Clerk of Court

HELEN L. ALMACEN
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

SUMMONS - KIM CHANNING v. JOHNSON & JOHNSON, et al.

Page 2 of 2
(Continued from 1 of 2)

### ADDITIONAL PLAINTIFFS:

...law of ELGA IDA HINDIN and as Executor of the Estate and/or Successor in Interest of ELGA IDA HINDIN; JENNIFER LYNN RICHARDS; JEFFREY PAUL HINDIN and GERALDINE G. HINDIN

### ADDITIONAL DEFENDANTS:

ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address