1  JOHN J. POWERS (State Bar No. 145623)
   BENJAMIN J. HOLL (State Bar No. 200630)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
4  Facsimile:     (415) 591-7510
   Email:         john.powers@dbr.com
5                 benjamin.holl@dbr.com

6  Attorneys for Defendants
   JOHNSON & JOHNSON; ORTHO-MCNEIL-
7  JANSSEN PHARMACEUTICALS, INC.;
   JOHNSON & JOHNSON PHARMACEUTICAL
8  RESEARCH & DEVELOPMENT, LLC

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13
   KIM CHANNING on behalf of herself as        Case No.  CV 08 2913 EMC
14 an heir at law of ELGA IDA HINDIN and
   as Executor of the Estate and/or Successor  **DEFENDANTS' CERTIFICATION OF**
15 in Interest of ELGA IDA HINDIN;             **INTERESTED ENTITIES OR PERSONS**
   JENNIFER LYNN RICHARDS;                     **[CIV. L.R. 3-16]**
16 JEFFFREY PAUL HINDIN and
   GERALDINE G. HINDIN,
17
                    Plaintiffs,
18
        v.
19
   JOHNSON & JOHNSON; ORTHO-
20 MCNEIL PHARMACEUTICAL, INC.;
   JOHNSON & JOHNSON
21 PHARMACEUTICAL RESEARCH
   DEVELOPMENT, LLC,
22
                    Defendants.
23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

2    named parties, there is no such interest to report.

3

4    Dated: August 22, 2008                          Respectfully submitted,

5                                                     DRINKER BIDDLE & REATH LLP

6

7                                                     By: /s/ John J. Powers
                                                         JOHN J. POWERS (SBN 145623)
8                                                        BENJAMIN J. HOLL (SBN 200630)

9                                                    DRINKER BIDDLE & REATH LLP
                                                     50 Fremont Street, 20th Floor
10                                                   San Francisco, CA  94105-2235
                                                     Telephone:(415) 591-7500
11                                                   Facsimile: (415) 591-7510
                                                     Email:     john.powers@dbr.com
12                                                              benjamin.holl@dbr.com

13                                                   Attorneys for Defendants
                                                     JOHNSON & JOHNSON; ORTHO-
14                                                   MCNEIL-JANSSEN
                                                     PHARMACEUTICALS, INC.; JOHNSON
15                                                   & JOHNSON PHARMACEUTICAL
                                                     RESEARCH & DEVELOPMENT, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS [CIV. L.R. 3-16]          - 2 -          CASE NO.  CV 08-2913-SBA
SF01/ 601879.1