1  JOHN J. POWERS (State Bar No. 145623)
   BENJAMIN J. HOLL (State Bar No. 200630)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, CA 94105-2235
   Telephone:   (415) 591-7500
4  Facsimile:   (415) 591-7510
   Email:       john.powers@dbr.com
5               benjamin.holl@dbr.com

6  Attorneys for Defendants
   JOHNSON & JOHNSON; ORTHO-MCNEIL-
7  JANSSEN PHARMACEUTICALS, INC.;
   JOHNSON & JOHNSON PHARMACEUTICAL
8  RESEARCH & DEVELOPMENT, LLC

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13

14 | KIM CHANNING on behalf of herself as an heir at law of ELGA IDA HINDIN and as Executor of the Estate and/or Successor in Interest of ELGA IDA HINDIN; JENNIFER LYNN RICHARDS; JEFFFREY PAUL HINDIN and GERALDINE G. HINDIN, | Case No. CV 08 2913 SBA

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**

Plaintiffs,

v.

JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH DEVELOPMENT, LLC,

Defendants.

24  Defendants Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc. (named in

25 this action as Ortho-McNeil Pharmaceutical, Inc.), and Johnson & Johnson Pharmaceutical

26 Research and Development, LLC make the following corporate disclosure statement:

27  Defendants Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and

28 Johnson & Johnson Pharmaceutical Research and Development, LLC are nongovernmental

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' CORPORATE DISCLOSURE
STATEMENT [FRCP 7.1]
SF01/601877.1

CASE NO. CV 08-2913-SBA

corporations.

Defendant Johnson & Johnson is a corporation whose securities are publicly traded. Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Defendant Ortho-McNeil-Janssen Pharmaceuticals, Inc. is a wholly owned subsidiary of Johnson & Johnson. On December 31, 2007, all assets of Ortho-McNeil Pharmaceutical, Inc. were transferred to Ortho-McNeil-Janssen Pharmaceuticals, Inc.

Defendant Johnson & Johnson Pharmaceutical Research and Development, LLC is a limited liability company of which Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member.

Dated: August 22, 2008

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ John J. Powers
JOHN J. POWERS (SBN 145623)
BENJAMIN J. HOLL (SBN 200630)

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: john.powers@dbr.com
benjamin.holl@dbr.com

Attorneys for Defendants
JOHNSON & JOHNSON; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]
SF01/ 601877.1

- 2 -

CASE NO. CV 08-2913-SBA