Case 4:08-cv-02913-SBA   Document 18   Filed 08/25/2008   Page 1 of 10
From: JANNEY & JANNEY COURT SERVICES   213 413 8024   06/12/  08:12   #400 P.002/005
08/11/2008 WED 16:15  FAX 415 357 0595 SPECIALIZED LEGAL SERV.   @004/007
SCANNED

From 3104646985          Wed Jun 11 16:35:10 2008          Page 3 of 34

E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

EMC

KIM CHANNING on behalf of herself as an heir at
Plaintiff
v.
Johnson & Johnson;
Defendant

CV 08 2913
Civil Action No.

**Summons in a Civil Action**

To: JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON
(Defendant's name) PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 11 2008

Richard W. Wieking
Name of Clerk of Court

LISA R. ARNACEN
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

SUMMONS - KIM CHANNING v. JOHNSON & JOHNSON, et al.

Page 2 of 2
(Continued from 1 of 2)

**ADDITIONAL PLAINTIFFS**:

...law of ELGA IDA HINDIN and as Executor of the Estate and/or Successor in Interest of ELGA IDA HINDIN; JENNIFER LYNN RICHARDS; JEFFREY PAUL HINDIN and GERALDINE G. HINDIN

**ADDITIONAL DEFENDANTS**:

ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC

BRETT L. ROSENTHAL, ESQ  SBN: 231154
MCNULTY LAW FIRM
827 MORAGA DRIVE
LOS ANGELES, CA 90049
(310) 471-2707

SCANNED

UNITED STATES DISTRICT COURT
NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| KIM CHANNING | Plaintiff(s) | CASE NUMBER: CV082913 SBA |
|---|---|---|
| v. | | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| JOHNSON & JOHNSON, ET AL. | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons    [X] complaint    [ ] alias summons    [ ] first ammended complaint
                                                            [ ] second amended complaint
                                                            [ ] third amended complaint

   [X] other *(specify):* Notice of Assignment to U.S. Magistrate Judge for Trial w/ Consent and Declination; Plaintiffs' filed Declination to Proceed before a Magistrate Judge; Order Setting Initial Case Management Conference and ADR Deadlines; Court Local Guidelines; Standing Order for Civil Practice for Magistrate Edward Chen; Standing Order for All Judges; Consenting to a Magistrate Judge booklet; ECF Registration Information & Handout

2. **Person served:**

   a. [X] Defendant *(name:)* ORTHO-MCNEIL PHARMACEUTICAL, INC.
   b. [X] Other *(specify name and title or relationship to the party/business named):*
      MARGARET WILSON - REGISTERED AGENT FOR SERVICE OF PROCESS
   c. [X] Address where the papers were served: 818 W. 7TH STREET
                                                 LOS ANGELES, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date):* 07/23/2008 at *(time):* 02:40 pm

   b. [ ] By **Substituted Service**. By leaving copies:

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] **Papers were served on** *(date):* at *(time):*

      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] **papers were mailed on** *(date):*

      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                    PAGE 1

CV-1/LA807230915

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*      at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   De'Andre Johnson
   Janney & Janney Attorney Service, Inc.
   1545 Wilshire Blvd., Ste. 311
   Los Angeles, CA 90017
   (213) 628-6338

   a. Fee for service: $ 53.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :140

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **July 24, 2008**      **De'Andre Johnson**      *(Signature)*
                             *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

BRETT L. ROSENTHAL, ESQ SBN: 230154
MCNULTY LAW FIRM
827 MORAGA DRIVE
LOS ANGELES, CA 90049
(310) 471-2707

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CHANNING     Plaintiff(s) <br> v. <br> JOHNSON & JOHNSON, ET AL.     Defendant(s) | CASE NUMBER: <br> CV082913 SBA <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons    ☐ complaint    ☐ alias summons    ☐ first ammended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify)*: **See Attached List**

2. **Person served:**

   a. ☒ Defendant *(name:)* **JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   **DARLINE RACKAWAY - AUTHORIZED AGENT FOR SERVICE OF PROCESS**
   c. ☒ Address where the papers were served: **1 JAY PLAZA**
                                             **NEW BRUNSWICK, NJ**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☒ **Papers were served on** *(date)*: **08/06/2008** at *(time)*: **11:01 am**

   b. ☐ By **Substituted Service.** By leaving copies:

       1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date)*: at *(time)*:

       4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☐ **papers were mailed on** (date):

       6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date):*      at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   MARIAN ZWIERZYNSKI
   JANNEY AND JANNEY ATTORNEY SERVICE, INC.
   1545 WILSHIRE BLVD., STE. 311
   LOS ANGELES, CA 90017
   (213) 628-6338

   a. Fee for service: $ 325.00
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 13, 2008       _____MARIAN ZWIERZYNSKI_____           _____(Signature)_____
                            *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

1) Summons;
2) Complaint;
3) Plaintiffs' filed Declination to Proceed before a Magistrate Judge;
4) Ntc of Interested Parties;
5) Order Setting Initial Case Mngmt Conf. and ADR Deadlines;
6) ECF Registration Info. Handout;
7) Court Local Guidelines;
8) Ntc of Assignment of Case to a US Magistrate Judge for Trial w/ Consent and Declination FORMS;
9) Standing Order fro Civil Practice for Magistrate Edward Chen;
10) Standing Order for All Judges; and
11) Consenting to a Magistrate Judge booklet.

BRETT L. ROSENTHAL, ESQ SBN: 231154
MCNULTY LAW FIRM
827 MORAGA DRIVE
LOS ANGELES, CA 90049
(310) 471-2707

SCANNED

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CHANNING       Plaintiff(s) | CASE NUMBER: CV082913 SBA |
| v. | **PROOF OF SERVICE** |
| JOHNSON & JOHNSON, ET AL.   Defendant(s) | **SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first ammended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other (specify): **See Attached List**

2. Person served:

   a. ☒ Defendant (name:) **JOHNSON & JOHNSON**
   b. ☒ Other (specify name and title or relationship to the party/business named):
      **MICHELE BACORN - AUTHORIZED AGENT**
   c. ☒ Address where the papers were served: **ONE JOHNSON & JOHNSON PLAZA**
      **NEW BRUNSWICK, NJ 08933**

3. Manner of Service in compliance with (the appropriate box must be checked):

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☒ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on (date): **07/29/2008** at (time): **10:35 am**

   b. ☐ By **Substituted Service.** By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on (date): at (time):
      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (date):
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                          PAGE 1

CV-1/LA807241351

20080728105621

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*          at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   MARIAN ZWIERZYNSKI
   JANNEY AND JANNEY ATTORNEY SERVICE, INC.
   1545 WILSHIRE BLVD., STE. 311
   LOS ANGELES, CA 90017
   (213) 628-6338

   a. Fee for service: $ 145.00
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **August 4, 2008**    __MARIAN ZWIERZYNSKI__
                              *Type or Print Server's Name*            *(Signature)*

1) Summons;
2) Complaint;
3) Plaintiffs' filed Declination to Proceed before a Magistrate Judge;
4) Ntc of Interested Parties;
5) Order Setting Initial Case Mngmt Conf. and ADR Deadlines;
6) ECF Registration Info. Handout;
7) Court Local Guidelines;
8) Ntc of Assignment of Case to a US Magistrate Judge for Trial w/ Consent and Declination FORMS;
9) Standing Order fro Civil Practice for Magistrate Edward Chen;
10) Standing Order for All Judges; and
11) Consenting to a Magistrate Judge booklet.