1  McNulty Law Firm
2  827 Moraga Drive
   Bel Air, California 90049
3  Telephone: (310) 471-2707
   Facsimile: (310) 472-7014
4  Peter J. McNulty, SBN: 89660
   Brett L. Rosenthal, SBN: 230154
5
6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | KIM CHANNING on behalf of herself as an       ) Civil Action No. C08-02913 SBA
12 | heir at law of ELGA IDA HINDIN and as         )
   | Executor of the Estate and/or Successor in    )
13 | Interest of ELGA IDA HINDIN; JENNIFER         )
   | LYNN RICHARDS; JEFFREY PAUL                   )
14 | HINDIN and GERALDINE G. HINDIN                )
                                                   ) **CERTIFICATE OF SERVICE**
15 |         Plaintiffs;                            ) **OF CASE MANAGEMENT**
                                                   ) **SCHEDULING ORDER FOR**
16 |                                                ) **REASSIGNED CIVIL CASES**
                                                   ) **DATED AUGUST 6, 2008**
17 | v.                                             )
                                                   )
18 | JOHNSON & JOHNSON; ORTHO-MCNEIL                )
19 | PHARMACEUTICAL, INC.; JOHNSON &                )
   | JOHNSON PHARMACEUTICAL                        )
20 | RESEARCH & DEVELOPMENT, LLC                   )
                                                   )
21                                                 )
                                                   )
22 |         Defendants.                            )
                                                   )
23

24

25

26

27

28

                                    1
                          CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 827 Moraga Drive, Los Angeles, California 90049.

On August 22, 2008, I served the foregoing document described as **CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES (08/06/08); ;** in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| John J. Powers, Esq.<br>Benjamin J. Holl, Esq.<br>Drinkler Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Tel.: (415) 591-7500<br>Fax: (415) 591-7510\<br>Email: john.powers@dbr.com<br>        benjamin.holl@dbr.com<br><br>*Attorneys for Defendants* | |

_X_   **BY E-MAIL:** On August 22, 2008, I e-mailed the above document to the parties listed above, to their listed electronic addresses, which are their electronic addresses of record duly registered with the Court.

_X_   **FEDERAL** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. I further declare that I am employed in the office of a member of the bar of the court at whose direction the service was made.

Executed this 22nd of August, 2008, in Los Angeles, California.

/s/   Rita Dawley
_____
RITA DAWLEY

**Rita Dawley**

| | |
|---|---|
| **From:** | Rita Dawley |
| **Sent:** | Friday, August 22, 2008 7:21 PM |
| **To:** | 'john.powers@dbr.com'; 'benjamin.holl@dbr.com' |
| **Cc:** | Brett L. Rosenthal; Sean T. Roberts |
| **Subject:** | Re: CHANNING vs. JOHNSON & JOHNSON, et al. |
| **Attachments:** | Case Management Scheduling Order.pdf; Certificate of Service.pdf |

Electronic service of:

1) Case Management Scheduling Order for Reassigned Civil Cases (08/06/08);
2) Certificate of Service.

1