JOHN J. POWERS (State Bar No. 145623)
BENJAMIN J. HOLL (State Bar No. 200630)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:  (415) 591-7500
Facsimile:   (415) 591-7510
Email:       john.powers@dbr.com
             benjamin.holl@dbr.com

Attorneys for Defendants
JOHNSON & JOHNSON; ORTHO-MCNEIL-
JANSSEN PHARMACEUTICALS, INC.;
JOHNSON & JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM CHANNING on behalf of herself as an heir at law of ELGA IDA HINDIN and as Executor of the Estate and/or Successor in Interest of ELGA IDA HINDIN; JENNIFER LYNN RICHARDS; JEFFFREY PAUL HINDIN and GERALDINE G. HINDIN,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH DEVELOPMENT, LLC,<br><br>Defendants. | Case No. CV 08 2913 SBA<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING FINAL MDL TRANSFER DETERMINATION; [PROPOSED] ORDER** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs Kim Channing, Jennifer Lynn Richards, Jeffrey Paul Hinin and Geraldine G. Hindon (collectively, "Plaintiffs") and defendants Johnson &

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER
SF01/602249.1

CASE NO. CV 08-2913-SBA

Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc. (named in this action as Ortho-McNeil Pharmaceutical, Inc.), and Johnson & Johnson Pharmaceutical Research and Development, LLC (collectively, "Defendants") stipulate to stay all proceedings in this action, pending the final determination of the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer of this case to MDL No. 1943: *In re Levaquin Products Liability Litigation.*

In support of this stipulation, the parties state:

1.  Plaintiffs filed this action in this Court on June 11, 2008. In the Complaint, Plaintiffs allege that Elga Ida Hindin was injured and died as a result of ingesting the prescription drug, Levaquin®.

2.  Plaintiffs in other jurisdictions have also filed cases against Defendants alleging injury as a result of ingesting Levaquin®.

3.  In June 2008, the JPML established a transferee court for cases alleging injuries from Levaquin use (the "Levaquin MDL") and began transferring such cases to the United States District Court for the District of Minnesota for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

4.  On August 22, 2008, Defendants filed a Notice of Potential Tagalong Action with the JPML, requesting that this action be included in the Levaquin MDL and thereby transferred to the District of Minnesota.

5.  The JPML will shortly issue a conditional transfer order transferring this case to the Levaquin MDL. Although Rule 7.4(c) of the Rules of Procedure of the JPML provides a fifteen-day period in which any party may object to transfer of the action, both Plaintiffs and Defendants in this case agree that transfer is appropriate. The case is therefore likely to be transferred to the Levaquin MDL in the District of Minnesota in September.

6.  The Initial Case Management Conference is currently scheduled in this matter for

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER
SF01/602249.1

- 2 -

CASE NO. CV 08-2913-SBA

October 2, 2008. The last day for the parties to: (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan; (b) file an ADR Certification; and (c) file a Stipulation to ADR Process or Notice of Need for ADR Phone Conference is August 27, 2008. The last day for the parties to file Rule 26(f) Reports and complete their initial disclosures is September 10, 2008. However, if the case is transferred, all pretrial issues will be governed by scheduling orders entered by the Honorable John R. Tunheim, who presides over the Levaquin MDL. To promote uniformity and judicial economy, proceedings in this action, including the August 27, 2008 and September 10, 2008 deadlines, and the Initial Case Management Conference scheduled for October 2, 2008, should be stayed pending transfer to the Levaquin MDL.

7. The parties hereby stipulate that all proceedings in this action be stayed pending transfer to the Levaquin MDL.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER
SF01/602249.1

- 3 -

CASE NO. CV 08-2913-SBA

| | | |
|---|---|---|
| 1 | Dated: August 27, 2008 | Respectfully submitted, |
| 2 | | DRINKER BIDDLE & REATH LLP |

By: /s/ Benjamin J. Holl
JOHN J. POWERS (SBN 145623)
BENJAMIN J. HOLL (SBN 200630)

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email:    john.powers@dbr.com
          benjamin.holl@dbr.com

Attorneys for Defendants
JOHNSON & JOHNSON; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC

Dated: August 27, 2008    Respectfully submitted,

MCNULTY LAW FIRM

By: /s/ Brett Lee Rosenthal
BRETT LEE ROSENTHAL

MCNULTY LAW FIRM
827 Moraga Drive
Bel Air, California 90049
Telephone: (310) 471-2707
Facsimile: (310) 472-7014
Email:    Brett@mcnultylaw.com

Attorneys for Plaintiffs
KIM CHANNING, JENNIFER LYNN RICHARDS, JEFFREY PAUL HININ and GERALDINE G. HINDON

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER
SF01/ 602249.1

- 4 -

CASE NO. CV 08-2913-SBA

# [PROPOSED] ORDER

Pursuant to Stipulation, the Court ORDERS all proceedings in this action be stayed pending transfer to the Levaquin MDL.

Dated: August ____, 2008

_____
United States District Court Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER
SF01/ 602249.1

- 5 -

CASE NO. CV 08-2913-SBA