IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CHANNING, et al., | No. C 08-2913 SBA |
| Plaintiffs, | **ORDER**<br>**[Docket No. 20]** |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

This matter comes before the Court on the parties' joint stipulation to stay all proceedings in this action pending transfer to the "Levaquin MDL" in the United States District Court for the District of Minnesota.

Good cause appearing,

IT IS HEREBY ORDERED THAT the dates in the Case Management Order for this case, including the Case Management Conference set for October 2, 2008, at 3:15 p.m., be and are hereby VACATED, and that all actions in this case be STAYED.

IT IS SO ORDERED.

Dated: 9/30/08

SAUNDRA BROWN ARMSTRONG
United States District Judge